| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ZILLY, Thomas S | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>04/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>700 Stewart Street<br>Suite 15229<br>Seattle WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 24 A 9: 50 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Income from glass art sales. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Berkshire Hathaway | | None | M | T | partial sell | 6/19 | L | F | |
| 2.   AADV M.M. Fund/Key Bank | A | Interest | J | T | | | | | |
| 3.   Microsoft | E | Dividend | P1 | T | | | | | |
| 4.   Merck Co. | A | Dividend | K | T | | | | | |
| 5.   ▬▬▬▬▬ | | None | K | W | sell | 12/06 | | | |
| 6.   First Washington Pershing - Acct Gen. Money Market Fund CLB | B | Interest | K | T | | | | | |
| 7.   OHTA DBA Whispering Pines | C | Rent | J | W | | | | | name change only |
| 8.   Trust 1 | D | Interest | N | T | | | | | See Note 1 |
| 9.   Trust 2 | D | Interest | M | T | | | | | See Note 1 |
| 10.   Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 11.   Intel Corp. | A | Dividend | K | T | partial sell | 12/08 | K | D | |
| 12.   Hewlett-Packard Company | A | Dividend | L | T | | | | | |
| 13.   Amgen Incorporated | | None | L | T | | | | | |
| 14.   Microvision | | None | J | T | | | | | |
| 15.   Amazon.com Inc. | | None | K | T | | | | | |
| 16.   Cisco Systems | | | | | sell | 2/21 | K | B | |
| 17.   Intl Business Machines (IBM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Parcel Service B | A | Dividend | K | T | | | | | |
| 19. Yahoo | | None | K | T | | | | | |
| 20. Schwab MM | B | Interest | L | T | | | | | |
| 21. Key Bank Account | A | Interest | J | T | | | | | |
| 22. Trust 3 | A | Interest | M | T | | | | | See note 1 |
| 23. Medcohealth Solutions | | | | | sell | 12/08 | J | C | |
| 24. Enterplus Res FDTR | D | Interest | L | T | | | | | |
| 25. Martek Biosciences | | None | J | T | | | | | |
| 26. Starbucks Corp. | | None | L | T | | | | | |
| 27. Cell Genesys Inc. | | | | | sell | 12/27 | J | A | |
| 28. United Natural Foods Inc. | | None | J | T | | | | | |
| 29. Titanium Metals | | None | J | T | buy | 10/06 | J | | |
| 30. Suntech Pwd | | None | K | T | buy | 10/29 | K | | |
| 31. TGC Inds. Inc. | | None | J | T | buy | 10/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: ███ beneficiary only of Trust 1, 2 and 3. Trusts held interest in various stocks. Reporting individual's ███ received income from Trusts. Total income to ███ from all Trusts had value code D.

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 04/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _____ april 10, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
### Western District of Washington
### United States Courthouse
### Seattle, Washington 98101

**Thomas S. Zilly**

Senior Judge

June 28, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re:     Amendment to the 2006 Financial Disclosure Report

Dear Sir:

Attached to this letter is an Amendment to my Financial Disclosure Report dated April 10, 2007 for the calendar year 2006. The Amended Report responds to your letter of May 14, 2007, and is amended as follows:

(1)     Part VII, page 4, line 5:
        <u>Delete</u> reported items at C(1) and (2);
        <u>Add</u> Value Code K to line D(3) and Gain Code E to line D(4).

(2)     Part VII, pages 4 and 5:
        Line 16 - B(2) add none;
        Line 23 - B(2) add none;
        Line 27 - B(2) add none.

(3)     The various trusts noted in the report at Part VII, pages 4 and 5 (and in note 1) are trusts where ▮▮▮▮▮▮ has income for life only; these trusts were not created by this reporting person or my spouse and assets in the trusts are bought and sold solely at the discretion of the trustee. The income from the property held by these trusts is the sole interest of ▮▮▮▮▮▮, which is not derived from the assets, income or activities of this reporting person, and of which I do not derive or expect to derive a benefit, and of which I have no knowledge. <u>See</u> 5 U.S.C. App. § 102(e)(1)(E) and filing instruction dated

January 3, 2006 at page 35.  The Report lists the income value code for each trust and the total income code.  No further reporting of these trust assets is therefore necessary.

Very truly yours,



Thomas S. Zilly

Encls

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ZILLY, Thomas S | United States District Court | 06/28/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street Suite 15229 Seattle WA 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Income from glass art sales. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 06/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 06/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Berkshire Hathaway | | None | M | T | partial sell | 6/19 | L | F | |
| 2. AADV M.M. Fund/Key Bank | A | Interest | J | T | | | | | |
| 3. Microsoft | E | Dividend | P1 | T | | | | | |
| 4. Merck Co. | A | Dividend | K | T | | | | | |
| 5. ▓▓▓▓▓▓▓▓ | | None | | | sell | 12/06 | K | E | |
| 6. First Washington Pershing - Acct Gen. Money Market Fund CLB | B | Interest | K | T | | | | | |
| 7. OHTA DBA Whispering Pines | C | Rent | J | W | | | | | name change only |
| 8. Trust 1 | D | Interest | N | T | | | | | See Note 1 |
| 9. Trust 2 | D | Interest | M | T | | | | | See Note 1 |
| 10. Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 11. Intel Corp. | A | Dividend | K | T | partial sell | 12/08 | K | D | |
| 12. Hewlett-Packard Company | A | Dividend | L | T | | | | | |
| 13. Amgen Incorporated | | None | L | T | | | | | |
| 14. Microvision | | None | J | T | | | | | |
| 15. Amazon.com Inc. | | None | K | T | | | | | |
| 16. Cisco Systems | | None | | | sell | 2/21 | K | B | |
| 17. Intl Business Machines (IBM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 06/28/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. United Parcel Service B | A | Dividend | K | T | | | | | |
| 19. Yahoo | | None | K | T | | | | | |
| 20. Schwab MM | B | Interest | L | T | | | | | |
| 21. Key Bank Account | A | Interest | J | T | | | | | |
| 22. Trust 3 | A | Interest | M | T | | | | | See note 1 |
| 23. Medcohealth Solutions | | None | | | sell | 12/08 | J | C | |
| 24. Enterplus Res FDTR | D | Interest | L | T | | | | | |
| 25. Martek Biosciences | | None | J | T | | | | | |
| 26. Starbucks Corp. | | None | L | T | | | | | |
| 27. Cell Genesys Inc. | | None | | | sell | 12/27 | J | A | |
| 28. United Natural Foods Inc. | | None | J | T | | | | | |
| 29. Titanium Metals | | None | J | T | buy | 10/06 | J | | |
| 30. Suntech Pwd | | None | K | T | buy | 10/29 | K | | |
| 31. TGC Inds. Inc. | | None | J | T | buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S | 06/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: ▮▮▮▮▮ s beneficiary only of Trust 1, 2 and 3. Trusts held interest in various stocks. Reporting individual's spouse received income from Trusts. Total income to ▮▮▮▮ from all Trusts had value code D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ June 28, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544